# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RANDY BARAO,

     Petitioner

v.

STATE OF NEVADA, *et al.*,

     Respondents

Case No.: 2:22-cv-01954-JAD-NJK

**Order Granting Extension of Time to File Answer to Petition to January 25, 2024**

[ECF No. 34]

Respondents move for an extension of the deadline to file an answer to the remaining claims in Randy Barao's *pro se* 28 U.S.C. § 2254 habeas corpus petition,[1] explaining that he has recently taken over this case from the previously assigned Deputy Attorney General.  Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file an answer to the petition **[ECF No. 34] is GRANTED** *nunc pro tunc* to December 11, 2022.  **The deadline to file the answer is extended to January 25, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
December 12, 2023

---

[1] ECF No. 34.