# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY BARAO,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents | Case No.: 2:22-cv-01954-JAD-NJK<br><br>**Order Granting Motion to File Late Pleading**<br><br>[ECF No. 36] |

Respondents move for leave to file their answer to the remaining claims in Randy Barao's *pro se* 28 U.S.C. § 2254 habeas corpus petition one day late.[1]  Good cause appearing,

IT IS ORDERED that respondents' motion to file late pleading **[ECF No. 36] is GRANTED** *nunc pro tunc* to January 25, 2024, making the answer filed at ECF No. 37 timely.

_____
U.S. District Judge Jennifer A. Dorsey
January 31, 2024

---

[1] ECF No. 36. The answer was due on January 25, 2024, and was filed on January 26.